IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICKI LYN GILLMORE,

        Plaintiff,

  vs.                                                        No. CIV 09-945 WJ/LFG

MICHAEL ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*
AND ORDER FOR SERVICE OF PROCESS**

THIS MATTER came before the Court on Plaintiff Vicki Lyn Gillmore's Motion to Proceed *in Forma Pauperis* [Doc. 2], filed September 25, 2009, pursuant to 28 U.S.C. § 1915.

Plaintiff submitted an affidavit indicating that she is indigent. She requests that she be allowed to proceed in accord with Section 1915 and be authorized to file her Complaint without the payment of a filing fee. Plaintiff having made the requisite showing,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2] is granted and she will be permitted to proceed without payment of a filing fee;

IT IS FURTHER ORDERED that the United States Marshal is directed to serve the summons and complaint personally on Defendant as directed by the Clerk.

                                                         */s/ Lorenzo F. Garcia*
                                                         Lorenzo F. Garcia
                                                         Chief United States Magistrate Judge